# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DEVRAJ SOOJAY and CASSANDRA SOOJAY,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **ACTION NO. 4:18-CV-00580** |
| **v.** | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| | § | |
| | § | |
| **WORLDVENTURES MARKETING, LLC, and WORLDVENTURES HOLDINGS,** | § | |
| | § | |
| | § | |
| **Defendants.** | | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 2, 2019, a report of the Magistrate Judge (the "Report") (Dkt. #13) was entered, containing proposed findings of fact and recommendations that the Motion to Compel Arbitration and Dismiss or Stay Proceedings filed by Defendants WorldVentures Marketing, LLC, and WorldVentures Holdings, LLC (Dkt. #6) be granted.

After Plaintiffs failed to file a response, on September 27, 2018, the Magistrate Judge issued an Order (Dkt. #7) directing Plaintiffs to respond no later than October 4, 2018. In that Order, Plaintiffs were warned that pursuant to the Court's Local Rules: "Failure to file a response creates a presumption that Plaintiff[s] do[] not controvert the arguments set out in the Motion." *Id.* (citing E.D. TEX. LOCAL R. 7(d)). Thereafter, on October 4, 2018, upon Plaintiffs' motion requesting an extension (*see* Dkt. #8), the Magistrate Judge extended Plaintiffs' deadline to file a

response to October 18, 2018. *See* Dkt. #9. Plaintiffs did not file a response or request a further extension before, or after, the Magistrate Judge issued the Report.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Therefore, the Motion to Compel Arbitration and Dismiss or Stay Proceedings (Dkt. #6) is **GRANTED**, and this case is **STAYED** pending resolution of the arbitration proceeding.

Each party shall bear its own costs.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of May, 2019.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE