# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DEVRAJ SOOJAY et al., § | |
| § | |
| *Plaintiffs,* § | Civil Action No. 4:18-cv-00580 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| WORLDVENTURES HOLDINGS LLC et al., § | |
| § | |
| § | |
| *Defendants.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 9, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #17) that Plaintiffs Devraj Soojay and Cassandra Soojay's claims against Defendants WorldVentures Holdings LLC, and Worldventures Marketing, LLC, be dismissed with prejudice for want of prosecution.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.
**SIGNED** this 30th day of July, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE